### WILLIAM HAMILTON, JR. *v.* COMMISSIONER OF CORRECTION
### (14726)

Dupont, C. J., and Lavery and Heiman, Js.

Argued March 19—decision released April 2, 1996

*Louis S. Avitabile*, special public defender, with whom, on the brief, was *Meryl Anne Spat*, for the appellant (petitioner).

*Richard F. Jacobson*, assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.